DAVID FLEISS
1717 P STREET, NW
WASHINGTON, DC 20036

(202) 422-8408

Taxpayer ID #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

Hertz Schram PC  INVOICE NO.: HS04-12
1760 South Telegraph Road  DATE: 4/18/2012
Suite 300
Bloomfield Hills, Michigan 48302-0183

For professional services rendered and to be rendered in connection with the settlement of the class action, as set forth below:

Re: Humphrey v. United Way

Work description:
Assistance from April 1, 2012, forward, including all necessary reviews of damages and distribution calculations; advice to counsel as needed; and calculation assistance to class members, if necessary.

| Professional | Hours | Billing Rate | Total |
|---|---|---|---|
| David Fleiss | 35.00 | $350.00 | $12,250.00 |

INVOICE TOTAL: $12,250.00

PAYMENT DUE UPON RECEIPT