# The Huntington National Bank
## INVOICE

Date: 06/29/2012          Division: Corporate Trust          Invoice No.: AO3666-062912

Ann W. Humphrey Class Action QSF
c/o Hertz Schram P.C.
Attn: Ms. Eva Cantarella
1760 S. Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183

---

Ann W. Humphrey Class Action
Qualified Settlement Fund Escrow, dated 6/29/2012
Trust Account # 3587 092 903

---

**Annual Administration Fee** (per year or any portion thereof)          $2,000.00

    For period 06/29/2012 – 06/28/2013

**Extraordinary Service Fee:**          $   00.00

**Out of Pocket Expenses:**          $   00.00

Total Amount Due:          $2,000.00

Please make your check payable to:     The Huntington National Bank
And mail your payment to:               Attn: Rodney B. Weeks
                                        Corporate Trust Dept. (MI-9197)
                                        6705 Orchard Lake Road
                                        West Bloomfield, MI 48322

Terms: Invoices are payable upon receipt.