

Ernst & Young LLP
41 S. High Street
Columbus, OH 43215
Ph: + 1 614 224 5678
Fax: +1 614 232 7939
www.ey.com

11 June 2012

Mr. Rodney Weeks
Trust/Fund Relationship Manager
The Huntington National Bank
6705 Orchard Lake Road
M19197
West Bloomfield, Michigan 48322

Dear Rod:

This letter is confirming our conversation that E&Y is willing to do the tax preparation and tax return for a fee of $2,500.00 for the Qualified Settlement Fund (United Way of the Texas Gulf Coast) that Eva Cantarella is Class Counsel for and for which HNB is acting as the escrow agent.

Based upon the information provided, our fee will remain at 2,500. The only change would be if items are deemed out of scope.

If we can be of further assistance do not hesitate to call me at 614/232-7019.

Very truly yours,

Eric M. VanHouwe
Tax Manager

EMV:mg

Copy to Eva Cantarella